# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**FRANKIE VON HOLT**                                                        **PLAINTIFF**
**ADC #124601**

**v.**                              **No. 4:21-cv-502-DPM**

**ARKANSAS GENERAL ASSEMBLY;**
**MAHONEY, Security Captain, Varner**
**Unit, ADC; MADDEN, Security Captain,**
**Varner Unit, ADC; LINDSY, Security**
**Captain, Varner Unit, ADC; BARBARA**
**SMALLWOOD, Business Office Manager**
**(Accounting), Varner Unit, ADC;**
**ARKANSAS DIVISION OF CORRECTIONS,**
**formerly known as Arkansas Department**
**of Correction; and DOES 1-2, 2021 Arkansas**
**Act 1110 and Arkansas Code Annotated**
**§ 12-29-119**                                                      **DEFENDANTS**

## ORDER

This case is closely related to *Hayes v. Rutledge*, 4:21-cv-347-LPR, and several other cases recently filed in the Eastern District of Arkansas. Judge Rudofsky has agreed to accept a transfer, and that would promote judicial economy. The Court therefore directs the Clerk to reassign this case to Judge Rudofsky. GENERAL ORDER NO. 39, § (b)(5).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

15 June 2021